UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JOHN R. CUTCLIFFE *d/b/a* *Cutcliffe Consulting*,<br><br>        PLAINTIFF<br><br>v.<br><br>UNIVERSITY OF ULSTER,<br><br>        DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL NO. 1:12-CV-193-DBH<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On February 5, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision. The time within which to file objections expired on February 22, 2013, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion to dismiss is **GRANTED** and all claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**DATED THIS 25TH DAY OF FEBRUARY, 2013**

                                                      /S/D. BROCK HORNBY<br>
                                                    **D. BROCK HORNBY**<br>
                                                    **UNITED STATES DISTRICT JUDGE**